# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00304-CR

**Leona Lavon Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 60552, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Leona Lavon Taylor seeks to appeal a judgment of conviction for theft. The trial court has certified that this is a plea bargain case and Taylor has no right of appeal. The trial court has also certified that Taylor waived the right of appeal as part of a plea bargain agreement. *See* Tex. R. App. P. 25.2(a)(2); *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

 

 

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: August 21, 2007

Do Not Publish